IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 Case No. |
| DANIEL S. GIDDENS, | : | 07-20929 |
| | : | |
| | : | |
| Debtor, | : | |

## MOTION FOR LEAVE TO SELL PROPERTY
## AND FOR DISTRIBUTION OF PROCEEDS

COMES NOW DANIEL S. GIDDENS, Debtor, by and through his attorney, and moves this Court for an Order allowing leave to sell property in the within matter, and shows the following:

1.
Debtor filed a voluntary petition under Chapter 13 on or about October 22, 2007. M. ELAINA MASSEY is the Trustee for the administration of said case.

2.
Debtor has a 1993 Ford Ranger with a lien being Altamaha Bank that is currently being paid under Debtor's Chapter 13 plan.

3.
Debtor wishes to sale the collateral to Andy Giddens, a family member, in the amount of $1000.00, which will be applied to the claim of Altamaha Bank. Altamaha bank current balance on it secured claim is $841.46 to date.

WHEREFORE, the Parties pray that an Order be entered granting leave to sell the property known as 1993 Ford Ranger for a purchase price of $1000.00 free and clear of all liens; that the proceeds be used to satisfy the lien of Altamaha Bank; that any excess proceeds be tendered to the Chapter 13 Trustee and applied to the Chapter 13 Plan, and for such other and further relief as this Court may deem just and proper.

(SIGNATURE ON NEXT PAGE)

This the **14** day of **December**, 2009.

                                              Respectfully submitted,
                                              THE BANKRUPTCY GROUP,

                                              By:/S/R. FLAY CABINESS, II
                                                  R. Flay Cabiness, II
                                                  Attorney for Debtor
                                                  Georgia State Bar No. 002689

20 Hinson St, Suite 3
P.O. Box 723
Hazlehurst, GA 31539
912/375-5620

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 Case No. |
| DANIEL S. GIDDENS, | : | 07-20929 |
| | : | |
| | : | |
| Debtor, | : | |

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this date served a copy of the within MOTION FOR LEAVE TO SELL PROPERTY and proposed ORDER in the foregoing matter to all interested parties, by depositing same in the United States Mail with adequate postage affixed thereto, properly addressed as shown below:

**Via Electronic Mail**

M. Elaina Massey

**Via Regular Mail**

Altamaha Bank and Trust
P.O. Box 489
Vidalia, Ga. 30474

Daniel S. Giddens
108 W. Palm RD
Hazlehurst, Ga 31539

Andy Giddens
97 W. Palm Rd
Hazlehurst, Ga 31539

This the 14 day of December, 2009.

/S/ R. FLAY CABINESS, II
R. FLAY CABINESS, II
Georgia State Bar No. 002689

20 Hinson St., Suite 3
P.O. Box 723
Hazlehurst, GA 31539
912/375-5620

STATE OF GEORGIA

COUNTY OF JEFF DAVIS

## VERIFICATION AFFIDAVIT

Under penalty of perjury, I declare that I have read the foregoing document and that it is true and correct to the best of my knowledge, information, and belief.

THIS 14 day of December, 2009.

_____
DEBTOR

_____
JOINT DEBTOR

_____
NOTARY

My Commission Expires 1/20/11